CARNEGIE TRUST COMPANY, by GEORGE C. VAN TUYL, JR., as Superintendent of Banks of the State of New York, Respondent, v. NEW YORK REAL ESTATE SECURITY COMPANY, Appellant, Impleaded with Others.

*Van Tuyl* v. *N. Y. Real Estate Security Co.,* 153 App. Div. 410, affirmed.

(Argued January 8, 1913; decided January 28, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 27, 1912, which modified and affirmed as modified an order of Special Term denying a motion for judgment on the pleadings and granting a counter-motion for leave to amend by changing the title of the action, which was brought to foreclose a mortgage.

The following questions were certified:

" 1. Whether on the facts shown by the record herein the defendant, appellant, was entitled to judgment on the pleadings.

" 2. Whether on the facts shown by the record herein the amendment allowed at Special Term, as modified by the order of the Appellate Division, is permissible."

*William D. Gaillard* for appellant.

*Frank M. Patterson* and *John B. Loughborough* for respondent.

Order affirmed, with costs. Second question answered in the affirmative. First question not answered, because the answer to the second question has rendered the first question immaterial; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BART-LETT, CHASE, COLLIN and HOGAN, JJ. Not sitting: HISCOCK, J.